**Lael GARDNER, Plaintiff–Appellant,**

v.

**CENTRAL INTELLIGENCE AGENCY,
Defendant–Appellee.**

No. 11–1836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2011.

Decided: Nov. 22, 2011.

Lael Gardner, Appellant Pro Se.

Before KING, DAVIS, and WYNN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lael Gardner appeals the district court's
order dismissing her complaint for lack of
subject matter jurisdiction. We have re-
viewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Gardner
v. Cent. Intelligence Agency*, No. 1:11–cv–
01126–BEL (D.Md. May 12, 2011). We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*